**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**WALTER WILLIAM HAUFLER ET AL**     :          **CASE NO.  2:25-CV-00889**

**VERSUS**                                          :          **JUDGE JAMES D. CAIN, JR.**

**ADRIAN SIBLEY**                                :          **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

Before the court is a Report and Recommendation [doc. 11] of the Magistrate Judge, recommending that the *Plaintiffs' Motion to Dismiss and Remand* (the "Motion") [doc. 8] filed by plaintiff be granted in part and that the matter be remanded.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Motion to Remand [doc. 8] be **GRANTED IN PART** and that this matter be **REMANDED** to the state court from which it was removed.  **IT IS FURTHER ORDERED** that the additional relief requested in the motion be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 6th day of April, 2026.

_____
**JUDGE JAMES D. CAIN, JR**
**UNITED STATES DISTRICT JUDGE**

1